NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. WILLIAMSON, Trustee for At Home Bondholders Liquidating Trust,**
*Plaintiff-Appellant*

v.

**CITRIX ONLINE, LLC, CITRIX SYSTEMS, INC., MICROSOFT CORPORATION, ADOBE SYSTEMS, INC.,**
*Defendants-Appellees*

**WEBEX COMMUNICATIONS, INC., CISCO WEBEX, LLC, CISCO SYSTEMS, INC.,**
*Defendants-Appellees*

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Defendant-Appellee*

---

2013-1130

---

Appeal from the United States District Court for the Central District of California in No. 11-CV-2409, Judge A. Howard Matz.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges.*

NEWMAN*, Circuit Judge,* dissents from the grant of the petition for rehearing en banc.

PER CURIAM.

# O R D E R

A petition for rehearing *en banc* having been filed by Appellees, a response thereto having been invited by the court and filed by the Appellant, the petition and response having been referred to the panel that heard the appeal, the petition and response thereafter having been referred to the circuit judges who are in regular active service, and a poll having been requested and taken,

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The petition for rehearing en banc is granted for the limited purpose of overruling certain prior precedent regarding the application of 35 U.S.C. § 112, para. 6.

(2)  The panel's judgment and original opinion entered on November 5, 2014, and reported at 770 F.3d 1371 (Fed. Cir. 2014), is vacated and is replaced by a new panel opinion issued this date.

FOR THE COURT

June 16, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court